IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HOLLENBACK, JR., : | |
| Petitioner, : | |
| : | 1:17-cv-0721 |
| v. : | |
| : | Hon. John E. Jones III |
| SUPERINTENDENT CLARK, PA : | |
| STATE ATTORNEY GENERAL, : | |
| Respondents. : | |

# **ORDER**

**November 28, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. S*ee* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c ).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge